THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

FRANCISCO PEGUERO-SANTANA, Appellant. [608 NYS2d 136] — Judgment unanimously affirmed. Same Memorandum as in *People v Peguero-Castillo* (199 AD2d 1061 [decided herewith]). (Resubmission of Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Callahan, Green, Pine and Lawton, JJ.